IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASTEN JOHNSON, INC., | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
|     v. | : | |
| | : | |
| ALLSTATE INSURANCE COMPANY, | : | |
| et al. | : | NO. 03-CV-1555 |
|     Defendants, | : | |

## ORDER

AND NOW, this   14th   day of June, 2004, upon consideration of the letter from Plaintiff to the Court dated June 9, 2004, the matter between the parties having been settled, it is hereby ORDERED that Plaintiff's request to voluntarily withdraw this action without prejudice is GRANTED pursuant to the provision of Fed. R. Civ. P.  41.1(a).  It is further ORDERED that the Motion for Partial Summary Judgment filed by Plaintiff on October 15, 2003 (Doc. No. 19) and the Motion for Partial Summary Judgment filed by Defendant on November 6, 2003 (Doc. No. 26) are DENIED as moot.  The Clerk of Court shall statistically close this matter.

BY THE COURT:

_____
Legrome D. Davis, J.